# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

146002 & (20)

SALEM SPRINGS, L.L.C.,
      Plaintiff-Appellant,

v

SALEM TOWNSHIP and WASHTENAW
COUNTY CLERK,
      Defendants-Appellees,

and

NORMAN E. KLEIN, SR., NORMAN E.
KLEIN, JR., and CONCERNED CITIZENS
OF SALEM,
      Intervening Defendants.

SC: 146002
COA: 312497
Washtenaw CC: 12-000928-AW

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 8, 2012 order of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on Wednesday, October 31, 2012 at 9:30 a.m. on whether to grant the application or take other action. MCR 7.302(H)(1).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2012

h1024

_____
Clerk